UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

              v.                              11-CR-300 (JSR)

RICHARD LIPSKY,
            Defendant.

-------------------------------------------------------X

## NOTICE OF MOTION OF DEFENDANT RICHARD LIPSKY FOR AN EXEMPTION FROM 29 U.S.C. §504(a)(1)

PLEASE TAKE NOTICE that, pursuant to 29 U.S.C. §504(a)(5) and upon the annexed Declaration of Defendant Richard Lipsky, subscribed to on July 25, 2016, and the exhibits thereto; the accompanying Memorandum of Law; and all pleadings and proceedings hitherto had herein, Richard Lipsky, by and through his undersigned counsel, will move this Court, The Honorable Jed S. Rakoff, United States District Judge, presiding, at a date and time to be set by the Court, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, N.Y., in Courtroom 14B thereof, should the Court determine to hear argument, for an Order granting him an Exemption from the prohibition contained in 29 U.S.C. §504(a)(1) so that he may be employed by a labor union as a consultant in advising with respect to certain criminal

justice issues.

       PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's instructions, any papers in opposition should be filed by September 14, 2016.

September 8, 2016

                                         Yours, etc.

                                         GERALD B. LEFCOURT, P.C.

                                         By: _____/s/_____
                                              Gerald B. Lefcourt
                                             Faith A. Friedman
                                             Sheryl E. Reich

                                        148 East 78th Street
                                        New York, N.Y. 10075
                                        (212) 7370400
                                        (212) 988-6192
                                        Lefcourt@lefcourtlaw.com
                                        *Attorneys for Richard Lipsky*